THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRICKLAND REAL ESTATE HOLDINGS, LLC, a Washington limited liability company,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>TEXACO, INC., a Delaware corporation,<br><br>    Defendant and Counter-Claimant, | CASE NO. C16-0653-JCC<br><br>MINUTE ORDER |

AND RELATED COUNTERCLAIM

TEXACO INC., a Delaware corporation,

    Third-Party Plaintiff,

    v.

ESTATE OF LORENA M. STRICKLAND-WILLIFORD, and REX THOMAS STRICKLAND, individuals,

    Third-Party Defendants.

    The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

This matter comes before the Court on the parties' telephonic notice that the protective order requested by Texaco, (*see* Dkt. No. 37 at 7), is unnecessary. Thus, no such order need be presented to the Court.

DATED this 25th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
